980 So.2d 1110 (2008)
Peter LETTERESE, individually, and Peter Letterese & Associates, Inc., d/b/a Galileo Systems International and d/b/a S.A.V.E! International, Appellants,
v.
Dr. Scott L. BRODY, Appellee.
No. 4D07-2434.
District Court of Appeal of Florida, Fourth District.
February 13, 2008.
James K. Pedley, Fort Lauderdale, for appellants.
Donna M. Greenspan and J.D. Dickenson of Edwards Angell Palmer & Dodge, LLP, West Palm Beach, for appellee.
PER CURIAM.
Appeal dismissed. See Fla. R.App. P. 9.130(a)(3)(C)(iv).
KLEIN, HAZOURI and DAMOORGIAN, JJ., concur.